[No. 28902. Department One. March 3, 1943.]

PHIL G. WARNOCK, *Appellant*, v. THE TOWN OF MARYSVILLE *et al.*, *Respondents.*[1]

*C. W. Jordan* and *Phil G. Warnock*, for appellant.

*A. E. Dailey*, for respondents.

PER CURIAM.—This case is companion to the case of *State ex rel. Cooper v. Warnock*, No. 28903, *ante* p. 697, wherein the facts are fully stated and the law pertaining thereto discussed at length. Upon the authority of that case, the judgment of the trial court in this action is affirmed.

[1]Reported in 134 P. (2d) 710.